FRANK L. YOUNG et al., as Executors of MARY D. JONES, Deceased, et al., Respondents, *v.* WILLIAM M. DUBOIS, Appellant, and FANNIE M. FOX et al., Respondents.

*Young* v. *Dubois*, 130 App. Div. 902, affirmed.
(Argued December 16, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 8, 1909, which affirmed a judgment of Special Term construing the will of Mary D. Jones, deceased.

*Charles Haines* for appellant.

*Carl A. Hansmann* and *R. E. Dwight* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

KNICKERBOCKER TRUST COMPANY, Respondent, *v.* MARK PACKARD, Appellant.

*Knickerbocker Trust Co.* v. *Packard*, 123 App. Div. 912, affirmed.
(Argued December 16, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 21, 1908, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover upon certain alleged underwriting agreements.

*Joseph G. Dudley* for appellant.

*Julien T. Davies, Julien T. Davies, Jr.,* and *Harold C. McCollom* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Taking no part: VANN, J.